



## MEMORANDUM OPINION

No. 04-11-00110-CV

**IN THE INTEREST OF C.X.C.**, A Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-08707
Honorable Michael P. Peden, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  May 11, 2011

DISMISSED

      Appellant Angelica Lopez has filed a motion to dismiss this appeal in which she represents to the court that the parties have entered into a settlement agreement resolving all the issues related to this appeal. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

                                      PER CURIAM